1052

[No. 27257-5-III. Division Three. September 3, 2015.]

*In the Matter of the Personal Restraint of* LYLE L.
HUTCHINS, *Petitioner.*

 by
unpublished opinion per Korsmo, J., concurred in by Brown,
A.C.J., and Fearing, J.

[No. 31912-1-III. Division Three. September 3, 2015.]

STAR CRILL, *Appellant*, v. WRBF, INC., ET AL., *Respondents.*

 by unpublished opinion per
Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32034-1-III. Division Three. September 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. QUOVADIA CRECE
LLOYD, *Appellant.*

 by unpublished opinion per Siddo-
way, C.J., concurred in by Lawrence-Berrey, J.; Fearing, J.,
concurring separately.

[No. 32103-7-III. Division Three. September 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON J.
ROMANESCHI, *Appellant.*

 by unpublished opinion
per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.